|          |                                    |
|----------|------------------------------------|
| To:      | The Honorable Frank D. Whitney     |
|          | Chief U.S. District Court Judge    |
| From:    | Steven LeHew                       |
|          | U.S. Probation Officer             |
| Subject: | Grant, Maschil Hines               |
|          | Case Number: 0419 3:17CR00106-001  |
|          | OUT-OF-COUNTRY TRAVEL              |
| Date:    | 4/27/2017                          |

**FILED
CHARLOTTE, NC**

MAY - 3 2017

US District Court
Western District of NC



**NORTH CAROLINA WESTERN
MEMORANDUM**

---

On June 25, 2013, the above-named defendant was sentenced in the Middle District of North Carolina, pursuant to a conviction for Possession of a Firearm by a Convicted Felon. He was ordered to serve a total of fifty (50) months imprisonment, to be followed by a three (3) year term of supervised release. The defendant's criminal monetary penalties include a $100 dollar special assessment fee which was satisfied on December 8, 2014.

The defendant was released from Bureau of Prisons' custody on May 4, 2016. His three (3) year term of supervised release commenced that date. On April 10, 2017, the defendant's transfer of jurisdiction was accepted and signed.

At this time the defendant has requested international travel authorization. The defendant has provided all necessary documentation regarding his travel and is explained as follows:

Carnival Cruise Line will depart on August 20, 2017 from Miami, Florida and return August 26, 2017. The areas the defendant will be visiting are Ocho Rios, Jamaica, Grand Cayman, Cayman Islands and Cozumel, Mexico. The defendant will be traveling with his fiancé Nigel Black.

Since assuming supervision of the defendant he has maintained employment and has reported as required. At this time the defendant is in good standing with the Western District Probation Office and there are no objections or anticipated risks with the defendant traveling about internationally.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: April 27, 2017

*Frank D. Whitney*
Frank D. Whitney
Chief United States District Judge