FILED
CHARLOTTE, NC

APR 19 2018

US District Court
Western District of NC



**NORTH CAROLINA WESTERN**
**MEMORANDUM**

To: The Honorable Frank D. Whitney
Chief U.S. District Court Judge

From: Corey Lapointe
U.S. Probation Officer

Subject: Grant Maschil Hines
Case Number: 0419 3:17CR00106-001
OUT-OF-COUNTRY TRAVEL

Date: 4/19/2018

---

Grant Hines commenced his supervision in the Western District of North Carolina on May 4, 2016. Mr. Hines has requested permission to travel to the Dominican Republic for his honeymoon. If approved, Mr. Hines would travel via American Airlines with a departure date of June 17, 2018 and a return date of June 21, 2018. He would stay at the Los Corales Beach Resort and Spa located in Bavaro, Dominican Republic.

Mr. Hines has been compliant on probation and the probation office has no objection to this request.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-249-5407, should you have any questions.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: April 19, 2018

Frank D. Whitney
Chief United States District Judge