**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**UNITED STATES OF AMERICA,**

                                       **DOCKET NO. 3:17cr106**

       **V.**                                      **ORDER**

**GRANT MASCHIL HINES**

---

    This MATTER is before the Court on Defendant's Pending Motion, (Doc. No, 3) Motion for Early Termination of Probation/Supervised Release is relating to his custodial sentence is denied as moot. He was released from prison on May 4, 2016 and released from Probation on May 3, 2019.

    IT IS ORDERED, that Defendant's Motion (Doc. No. 3) is **DENIED AS MOOT.**

Signed: September 21, 2021

Frank D. Whitney
United States District Judge